ORIGINAL

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 12 2012

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x
                                        :
UNITED STATES OF AMERICA                :
                                        :     SUPERSEDING
         -v.-                           :     INFORMATION
                                        :
TAVARES WEST,                           :
                                        :     S1 10 Cr. 1162 (WHP)
              Defendant.                :
                                        :
- - - - - - - - - - - - - - - - - - - - x

## COUNT ONE

The United States Attorney charges:

1. On or about October 13, 2010, in the Southern District of New York, TAVARES WEST, a/k/a "Wes," the defendant, willfully and knowingly distributed and possessed with the intent to distribute a controlled substance, in violation of 21 U.S.C. § 841(a)(1).

2. The controlled substances involved in the offense were (i) mixtures and substances containing a detectable amount of cocaine; and (ii) mixtures and substances containing a detectable amount of cocaine base, in violation of 21 U.S.C. § 841(b)(1)(C).

(Title 21, United States Code,
Sections 812, 841(a)(1) and 841(b)(1)(C).)

### Forfeiture Allegation

3. As a result of committing the controlled substance offense alleged in Count One of this Information, TAVARES WEST, a/k/a "Wes," the defendant, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting or

derived from any proceeds the defendant obtained directly or indirectly as a result of the said violation and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count One of the Information.

<u>Substitute Asset Provision</u>

4. If any of the above-described forfeitable property, as a result of any act or omission of TAVARES WEST, a/k/a "Wes," the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third person;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of TAVARES WEST, a/k/a "Wes," the defendant, up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

*Preet Bharara*
PREET BHARARA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

TAVARES WEST,

Defendant.

**SUPERSEDING INFORMATION**

S1 10 Cr. 1162 (WHP)

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(C),
846 & 853.)

PREET BHARARA
United States Attorney.

3